MARANDO v. T. A. GILLESPIE CO.

(Supreme Court, Appellate Division, First Department. November 23, 1900.)

APPEAL—PREFERENCE ON CALENDAR—RECORD—SUFFICIENCY.
    Where the record does not contain the pleadings, nor anything from which a right to preference on the calendar can be determined, an order denying such preference must be affirmed.

Appeal from special term.

Action by Domenico Marando, as administrator, etc., of Antonio Cantanzarite, deceased, against the T. A. Gillespie Company. From an order denying plaintiff's motion from a preference on the calendar, plaintiff appeals. Affirmed.

Argued before VAN BRUNT, P. J., and RUMSEY, McLAUGHLIN, PATTERSON, and O'BRIEN, JJ.

Thomas J. O'Neill, for appellant.
Wilbur L. Ball, for respondent.

PER CURIAM. The order appealed from must be affirmed. The record before us does not contain the pleadings in the action, nor is there anything in it from which we are able to determine that the plaintiff is entitled to the preference claimed. Such right cannot be inferred solely from the title of the action. Roberts v. Jenkins, 52 App. Div. 491, 65 N. Y. Supp. 385.

The order must be affirmed, with $10 costs and disbursements.